511 A.2d 1327

**Honorable Joseph C. BRUNO, Respondent,**

v.

**Nathan M. ELITZKY and Judy Elitzky, His Wife, Appellants.**

Supreme Court of Pennsylvania.

June 25, 1986.

112

Petition for Allowance of Appeal GRANTED, No. 86 E.D. Appeal Docket 1986.